FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JUN 07 2012
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:12-00109 |
| v. | ) | |
| | ) | 18 U.S.C. §922(g)(1) |
| MARQUIS McGEE | ) | 18 U.S.C. §924 |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about January 11, 2012, in the Middle District of Tennessee, **MARQUIS McGEE,** having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, a firearm, to wit: an Eschasa Eibar, Model GZ, .32 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

███████████████

FOREPERSON

JERRY E. MARTIN
UNITED STATES ATTORNEY

BRADEN H. BOUCEK
ASSISTANT U.S. ATTORNEY