UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | No. 3:12-00109 |
|  | ) | JUDGE SHARP |
| MARQUIS MCGEE | ) |  |

## MOTION FOR EXTENSION OF TIME
## TO FILE PRETRIAL MOTIONS

Comes Marquis McGee, through counsel, Mariah A. Wooten, First Assistant Federal Public Defender, and moves this Honorable Court for an extension of time until November 8, 2012, to file pretrial motions. Counsel for Mr. McGee avers that she has not had an opportunity to review and discuss the discovery with Mr. McGee. Additional time is needed to complete the investigation of this matter and to thoroughly evaluate this case.

Respectfully submitted,

*s/ Mariah A. Wooten*
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Marquis McGee

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2012, I electronically filed the foregoing Motion for Extension of Time to File Pretrial Motions with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Braden Boucek, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203

*s/ Mariah A. Wooten*
Mariah A. Wooten