**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:12-00109** |
| | ) | **JUDGE SHARP** |
| **MARQUIS MCGEE** | ) | |

**O R D E R**

Due to a calendar conflict, the plea hearing set for March 7, 2013, is hereby rescheduled

for Thursday, March 14, 2013, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE