UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00109 |
| | ) | JUDGE SHARP |
| MARQUIS MCGEE | ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket No. 34) to which the Government does not oppose.

The motion is GRANTED, and the sentencing hearing scheduled for October 21, 2013, is hereby rescheduled for Monday, November 25, 2013, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE