**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:12-00109** |
| | ) | **JUDGE SHARP** |
| **MARQUIS MCGEE** | ) | |

# O R D E R

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket No. 38) to which the Government does not oppose.

The motion is GRANTED, and the sentencing hearing scheduled for January 24, 2014, is hereby rescheduled for Monday, March 31, 2014, at 10:00 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE