IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00109 |
| | ) | |
| MARQUIS McGEE | ) | |

## ORDER

The Release Order and Conditions of Release imposed upon the defendant on March 7, 2014, are placed UNDER SEAL pending further order of the Court.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge