UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00109 |
| ) | JUDGE SHARP |
| MARQUIS MCGEE ) | |

## O R D E R

The sentencing hearing scheduled for March 31, 2014, is hereby rescheduled for Friday, October 10, 2014, at 2:30 p.m.

It is so ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE