PS 8 Revised 07
MD/TN Revised 10/10

☐ Interpreter Required

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. _____ Marquis McGee _____          Docket No. 3:12CR00109-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW _____ Angela D. Rankin _____ , PRETRIAL SERVICES OFFICER
presenting an official report upon the conduct of defendant _____ Marquis McGee _____
who was placed under pretrial release supervision by the Honorable Juliet Griffin, U.S. Magistrate Judge
sitting in the Court at **Nashville, Tennessee** , on March 7, 2014 , under the following
conditions: Please see the attached Order Setting Conditions of Release

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page 2 of this document

I declare under penalty of perjury that the foregoing is true and correct.

| Angela D. Rankin | _Angela Rankin_ | Nashville, TN | May 08, 2014 |
|---|---|---|---|
| U.S. Pretrial Services Officer | | Place: | Date: |

| **Next Scheduled Court Event** | **Sentencing Hearing** | October 10, 2014 |
|---|---|---|
| | Event | Date |

## PETITIONING THE COURT

☐ No Action                    ☐ To issue an order setting a hearing on the petition
☒ To Issue a Warrant           ☐ Other

THE COURT ORDERS:
☐ No Action
☒ The Issuance of a Warrant.             ☐ A Hearing on the Petition is set for
   ☐ Sealed Pending Warrant Execution
     (cc: U.S. Probation and U.S. Marshals only)    _____    _____
☐ Other                                   Date                Time

Considered and ordered this _13th_ day
of _May_ , _2014_ , and ordered filed
and made a part of the records in the above
case.

_____
Honorable Kevin H. Sharp
Chief U.S. District Judge

Honorable Kevin H. Sharp
U.S. District Judge
Petition for Action on
Marquis McGee
Docket: 3:12CR00109-001
May 8, 2014

On September 27, 2013, Marquis McGee appeared before the Honorable Juliet Griffin, U.S. Magistrate Judge, for an Initial Appearance after being charged with violating 18 U.S.C. § 924(g)(1): Possession of a Firearm by a Convicted Felon. The defendant, by and through counsel, waived his right to a detention hearing at that time and remained in custody.

On March 14, 2013, the defendant appeared before Your Honor and entered a guilty plea to the charge. Sentencing is currently scheduled for October 10, 2014.

On March 7, 2014, the defendant appeared before Judge Griffin for a revisit to the detention hearing. Both parties had agreed to release for this defendant prior to the Court hearing. Judge Griffin released the defendant to pretrial supervision with special conditions.

**Special Conditions of Release:**

Please reference the attached original Order Setting Conditions of Release.

**VIOLATION:**

**Violation No. 1: Defendant must not violate any local, state, or federal law.:**

On May 7, 2014, the defendant was arrested by Metropolitan Nashville Police Department officers for Theft Over $1,000, but Less Than $10,000. According to the Affidavit, on April 24, 2014, the defendant allegedly obtained a Kawasaki riding mower valued at $4,465.93 from Chilton's Turf Center, a business located in Nashville, Tennessee. Mr. McGee paid for the vehicle with a check from a bank account which was later determined to be closed. The defendant also changed the address on the purchase to a non-existent address to obtain the mower under fraudulent means. Mr. McGee went back to the same business two days later and attempted a similar purchase. The defendant remains in custody at the Davidson County Detention Center, Nashville, Tennessee.

Honorable Kevin H. Sharp
U.S. District Judge
Petition for Action on
Marquis McGee
Docket: 3:12CR00109-001
May 8, 2014

**Respectfully Petitioning the Court as Follows:**

The U.S. Probation and Pretrial Services Office would respectfully request that a warrant be issued for the defendant due to the new felony charge in Davidson County, and would further request that the defendant's bond be revoked.

It is respectfully requested that the warrant be sealed pending execution.

Approved: _____

Vidette Putman
Supervisory U.S. Probation Officer

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. MARQUIS McGEE          CASE NO.: 3:12-00109

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RELEASE ORDER AND CONDITIONS OF RELEASE

☐    Defendant is released on his/her own recognizance, no appearance bond shall be posted, and the following statutorily required standard conditions of release are hereby imposed:

☐    Defendant shall be released on a non-surety bond in the amount of _____, no security or monies shall be required for defendant to be released, and the following conditions of release are hereby imposed:

☐    Defendant shall be released on a non-surety bond in the amount of _____, cash in the amount of _____ shall be posted to the Clerk of Court, or such other security as listed below, and the following conditions of released are hereby imposed:

☐    Defendant shall be released on a surety bond as described below:

☐    Defendant shall remain on the conditions of supervised release that have been previously imposed by the District Judge. In addition, defendant shall abide by the following conditions:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

WHILE ON RELEASE, I FULLY UNDERSTAND:

*M M* 1)    I may not change my address or move without permission of the Court. My correct address has been provided to Pretrial Services.

*M M* 2)    I must be in Court each and every time I am instructed to be there, and surrender to serve any sentence imposed.

*M M* 3)    I cannot intimidate or harass any witness, victim, informant, juror or officer of the Court; I cannot obstruct any criminal investigation.

*M M* 4)    I must not violate any local, state or federal law. If I do, I could be punished by as much as from 90 days to 10 years imprisonment in addition to the penalty provided for the offense committed. *I will not knowingly associate with anyone who is committing a violation of the law.*

Page 1 of 5

SCANNED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. MARQUIS McGEE          CASE NO.: 3:12-00109

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

5)   If I violate any condition of release, a warrant for my arrest could be issued, ~~any bond I signed may be forfeited~~, and new bonds with additional conditions, or my detention until trial, could be ordered by the Court, and I could be held in contempt of Court.

6)   If I fail to appear at any proceeding in this case or I fail to surrender to serve any sentence imposed, I could be charged and convicted of bail jumping which is punishable by, in some cases, as much as 10 years imprisonment and/or a fine, in addition to any other punishments imposed in the original case.

7)   This special condition or conditions:

A.   Defendant shall report to Pretrial Services as directed

B.   Defendant shall actively seek and maintain verifiable employment

C.   Defendant's travel shall be restricted to the Middle District of Tennessee unless pre-approved for out-of-district travel by Pretrial Services

D.   Defendant shall participate in mental health treatment and/or counseling as directed by Pretrial Services

E.   Defendant shall refrain from the possession of firearms, ammunition, or any other dangerous weapons

F.   Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. MARQUIS McGEE          CASE NO.: 3:12-00109

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>G.</u> Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance, such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing

<u>H.</u> Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed appropriate by the Pretrial Services Officer, any inpatient treatment may be followed by up to 90 days in a halfway house

<u>I.</u> Defendant shall refrain from obstructing or attempting to obstruct of tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release

<u>J.</u> Defendant shall report as soon as possible, within 48 hours, to the supervising officer, any contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop, *with the exception of communications with any ATF officer*

<u>K.</u> Defendant shall allow a Probation/Pretrial Services Officer to visit at any time at home or elsewhere and confiscate any contraband observed in plain view

*Signed : Marquis McGee*

<u>L.</u>

Page 3 of 5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. MARQUIS McGEE          CASE NO.: 3:12-00109

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

     I acknowledge I have read this Order. I understand that I will receive a copy of it and any Appearance Bond that the Court has ordered at the conclusion of this hearing.

Date:  March 7, 2014          X Marquis McGee
                                      Defendant

It is ORDERED that the conditions listed above are imposed.  18 U.S.C. § 3142.

                                   UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. MARQUIS McGEE        CASE NO.: 3:12-00109

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The **Middle District of Tennessee** consists of the following counties:  Cannon, Cheatham, Clay, Cumberland, Davidson, DeKalb, Dickson, Fentress, Giles, Hickman, Houston, Humphreys, Jackson, Lawrence, Lewis, Macon, Marshall, Maury, Montgomery, Overton, Pickett, Putnam, Robertson, Rutherford, Smith, Stewart, Sumner, Trousdale, Wayne, White, Williamson and Wilson.

The following are pertinent Middle District of Tennessee numbers (Area Code 615):

| | |
|---|---|
| U.S. Magistrate Judge Juliet Griffin | - 736-5164 |
| U.S. Magistrate Judge Joe B. Brown | - 736-7052 |
| U.S. Magistrate Judge E. Clifton Knowles | - 736-7347 |
| U.S. Magistrate Judge John S. Bryant | - 736-5878 |
| Clerk of Court | - 736-5498 |
| U.S. Marshal | - 736-5417 |
| U.S. Attorney | - 736-5151 |
| U.S. Probation | - 736-5771 |
| Federal Public Defender | .- 736-5047 |

The United States District Court in **Nashville** is located in the United States Courthouse, 801 Broadway, at the corner of Eighth and Broad.  The Court in **Cookeville** is located at 9 East Broad Street.  The Court in **Columbia** is located at 816 South Garden Street.

Page 5 of 5

# memorandum

DATE: March 6, 2014

REPLY TO
ATTN OF: Angela D. Rankin
United States Probation Officer

SUBJECT: Marquis McGee
Docket No.: 3:12CR00109

TO: Honorable Juliet Griffin, U.S. Magistrate Judge

Regarding the detention hearing scheduled for March 7, 2014, if the defendant is released on bond to Pretrial Services supervision, the following special conditions are recommended:

1) Report to Pretrial Services as directed;
2) Maintain or actively seek verifiable employment;
3) Travel is restricted to the Middle District of Tennessee without prior approval of pretrial services;
4) Undergo mental health treatment as directed by pretrial services;
5) Refrain from possessing a firearm, destructive device, or other dangerous weapons;
6) Refrain from use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner;
7) Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing;
8) Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer;
9) Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release;
10) Report as soon as possible, in any event within 48 hours, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop;
11) Permit pretrial services to visit you at home or elsewhere and permit confiscation of any contraband observed in plain view of the officer.