UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:12-cr-00109 |
| | ) | |
| MARQUIS MCGEE | ) | |

**ORDER**

On January 14, 2020, the Court held a hearing on the Petition to Revoke Marquis McGee's Supervised Release (Docket No. 92) because he allegedly committed another crime. Pursuant to a Joint Motion Stipulating Proof (Doc. No. 109), the Court considered the transcript of the October 31, 2019 preliminary hearing before Magistrate Judge Barbara D. Holmes as the evidentiary basis for a decision. Based upon the transcript of that hearing during which Probation Officer Abby Kurtis, the alleged victim Tianna Crawley, and Megan Hunt testified, the Court finds by a preponderance of the evidence that McGee violated the terms of supervised release by (1) assaulting Crawley; (2) violating an Order of Protection prohibiting contact with her; and (3) possessing a firearm having previously been convicted of a felony. Accordingly, McGee is hereby found **GUILTY** of Violation 1 as alleged in the Petition and his supervised release is **REVOKED**. McGee is sentenced to a term of eight (8) months imprisonment, to be followed by an additional twelve (12) months of supervised release, as set forth in Judgment entered contemporaneously herewith.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE